UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LYNDON MERLICK NICAISSE,

Petitioner,

v. Case No.: 2:26-cv-01526-SPC-KRH

ICE SOUTH FLORIDA DETENTION FACILITY *et al.*,

Respondents.

_______________________________/

**OPINION AND ORDER**

Before the Court is the Federal Respondents' Second Supplement to Response to Petition for Writ of Habeas Corpus (Doc. 23). Lyndon Merlick Nicaisse filed this habeas action to challenge the legality of his immigration detention under the Fifth Amendment and *Zadvydas v. Davis*, 533 U.S. 678 (2001). The Court found no significant likelihood Nicaisse would be removed in the reasonably foreseeable future. But in light of Nicaisse's criminal history, the Court gave the government an opportunity to determine whether his detention is necessary to protect the public. In their motion, the federal respondents state that under the facts of this case, concerns about dangerousness do not justify continued detention. Nicaisse is thus entitled to release from detention, but he remains subject to reasonable conditions of supervision.

Accordingly, it is hereby

**ORDERED:**

Lyndon Nicaisse's Petition for Writ of Habeas Corpus (Doc. 1) is **GRANTED**.

1. The respondents shall release Nicaisse within 24 hours of this Order, and they shall give him telephone access so he may arrange transportation from the facility.
2. The Clerk is **DIRECTED** to terminate the pending motions and deadlines as moot, enter judgment, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on July 20, 2026.

Sheri Polster Chappell
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties of Record